## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## WICHITA COURTHOUSE

| | |
|---|---|
| KRYSTAL BEGGS, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-1343-EFM-DJW |
| WORLD FINANCIAL NETWORK NATIONAL BANK, | ) |
| Defendant. | ) |

## **PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

KRYSTAL BEGGS (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against WORLD FINANCIAL NETWORK NATIONAL BANK, (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Plaintiff resides in Ensign, Gray County, Kansas, and, therefore personal jurisdiction is established.

5. Defendant is located in the state of Texas, and does business in the state of Kansas.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

7. Plaintiff is a natural person residing in Ensign, Gray County, Kansas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a Ohio corporation and does business in Kansas.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Upon information and belief, Defendant is collecting from Plaintiff on a Stage credit card with an approximate balance of $1,080.69.

13. In or around June 2010, Defendant began placing collection calls to Plaintiff multiple times per day.

14. On July 19, 2010, Defendant placed three collection calls to Plaintiff from 614-945-5393, and two collection calls from 913-677-8314.

15. On July 20, 2010, Defendant placed one collection call to Plaintiff from 614-729-6089; one collection call from 614-945-5393; one collection call from 614-729-5608; one collection call from 913-563-5512, and two collection calls from 913-677-8314.

16. On July 21, 2010, Defendant placed one collection calls to Plaintiff from 614-945-5393 and two collection calls from 913-562-5512.

17. On July 23, 2010, Defendant placed one collection call from 614-729-5608.

18. On July 24, 2010, Defendant placed two collection calls a from 614-945-5393; one collection call from 614-729-6089, one collection call from 614-729-5608, and two collection calls from 916-677-8314.

19. On July 25, 2010, Defendant placed three collection calls to Plaintiff from 614-945-5393, and one collection call from 913-677-8314.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress or abuse the Plaintiff in connection with the collection of the debt.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, KRYSTAL BEGGS, respectfully requests judgment be entered against Defendant, WORLD FINANCIAL NETWORK NATIONAL BANK, for the following:

21. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Wichita as place for trial.**

                        RESPECTFULLY SUBMITTED,

                        /s/Raymond E. Probst, Jr.
                        Attorney for the Plaintiff
                        Raymond E. Probst, Jr.
                        The Probst Law Firm, P.A.
                        827 Armstrong Ave.
                        Kansas City, KS 66101
                        913.281.0699
                        913.321.0199 facsimile
                        RProbst@Probst-Law.com

                        Of Counsel:

                        Krohn & Moss, Ltd.
                        10474 Santa Monica Blvd., Ste. 401
                        Los Angeles, CA 90025

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, KRYSTAL BEGGS, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, KRYSTAL BEGGS, states the following:
1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KRYSTAL BEGGS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

8-9-2010
Date

_Krystal Beggs_
KRYSTAL BEGGS